Randall J. Roske, Esquire
2055 West Charleston Boulevard, Suite C
Las Vegas, Nevada 89106-4026
(702) 386-0313 ■ fax (702)386-8820
e-mail: randallroske@yahoo.com
Attorney for Defendant
EDWARD SORENSEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EDWARD SORENSEN,<br><br>　　　　　Defendant. | CASE NO.: 2:11-cr 00148-PMP-CWH<br>　　　　　2:11-cr-238-PMP-CWH<br><br>**STIPULATION TO CONTINUE<br>SENTENCING DATE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, EDWARD SORENSEN and by and through his attorney, Randall J. Roske, Esquire and between the Plaintiff, the United States of America, by and through its attorney, Roger Yang, AUSA, that the sentencing currently scheduled for December 17, 2012 at 9:00 a.m. be vacated and continued to a time convenient to this Court, preferably about 90 days.

This Stipulation is entered into for the following reasons:

1. The Defendant is not incarcerated and does not object to a continuance in this matter.

2. The Defendant's Pre-sentence Report was made available at a time when counsel was involved in intensive Jury Trial preparations in an unrelated case in Federal Court. Counsel and client were because of that fact, unable to meet in a timely fashion to go over the Pre-sentence Report in order to meet the deadline for filing

the necessary Objections and Sentencing Memorandum.  There are many factual matters identified by the client which need addressing, and requests additional time to prepare the requisite objections.

3.   The Prosecutor in this case is not opposed to a continuance in this matter.

This is the first request to continue the sentencing in this matter.

DATED this __12__ day of December, 2012.

                                      United States Attorney

| /s/ | /s/ |
|---|---|
| Randall J. Roske, Esquire | Roger Yang, AUSA |
| 2055 West Charleston Boulevard, Suite C | 333 Las Vegas Boulevard South, Ste. 5000 |
| Las Vegas, Nevada 89106-4026 | Las Vegas, Nevada 89101 |
| Attorney for EDWARD SORENSEN | Attorney for the United States |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWARD SORENSEN,<br><br>　　　　Defendant. | CASE NO.: 2:11-cr 00148-PMP-CWH |

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefore;

IT IS FURTHER ORDERED that the Sentencing currently scheduled for December 17, 2012, at the hour of 9:00 a.m. be vacated and the same be continued to Monday, March 18, 2013, at 10:00 a.m.

DATED this 14th day of December, 2012.

*[signature]*
United States District Judge