FILED
APR 2- 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:11-CR-238-PMP-(CWH)<br>) |
| EDWARD ALLYN SORENSEN, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on September 6, 2012, that EDWARD ALLYN SORENSEN shall pay a criminal forfeiture money judgment of $946,548.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 34; Order of Forfeiture, ECF No. 45.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EDWARD ALLYN SORENSEN a criminal forfeiture money judgment in the amount of $946,548.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 24th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE