FILED
JUN 10 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH ALLEN GRAY,<br><br>    Defendant. | 2:11-CR-238-APG-(CWH) |

## ORDER OF FORFEITURE

On August 22, 2012, defendant JOSEPH ALLEN GRAY pled guilty to Count One of a Five-Count Criminal Indictment in case number 2:11-CR-238-LDG-(CWH) charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1.

This Court finds that JOSEPH ALLEN GRAY shall pay a criminal forfeiture money judgment of $946,548.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH ALLEN GRAY a criminal forfeiture money judgment in the amount of $946,548.00 in United States Currency.

DATED this 16th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE